

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2020

Hon. Alvin K. Hellerstein
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jesse Phillips*, 20-cr-345 (AKH)

Dear Judge Hellerstein:

    This Court held an initial pretrial conference in the above-captioned case on August 31, 2020. At that conference, the parties and the Court discussed scheduling another pretrial conference for approximately 60 days after the August 31, 2020 conference. The Government respectfully requests that the Court schedule a remote status conference in this case for November 17, 2020 at 9:00 a.m. The Government also respectfully requests that time under the Speedy Trial Act be excluded from the date of this letter until that conference, so the parties can prepare for potential motion practice and discuss a potential pretrial resolution to the case.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

*So Ordered. Time is excluded, in the interest of justice*
*/s/ Alvin K. Hellerstein*
*11-5-2020*