UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :   SCHEDULING ORDER
                                                             :
              -against-                                      :   20 Cr. 345 (AKH)
                                                             :
                                                             :
                                                             :
   JESSE PHILLIPS,                                           :
                                                             :
                                   Defendant.                :
                                                             :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

The sentencing hearing in this matter previously scheduled for May 26, 2021, is hereby adjourned to June 18, 2021, at 12:00 p.m., which will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than June 14, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated: May 21, 2021           _____/s/_____
       New York, New York     ALVIN K. HELLERSTEIN
                              United States District Judge