UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                     :

UNITED STATES OF AMERICA           :

                                                                     :         **SCHEDULING ORDER**

          -against-                          :         20 Cr. 345 (AKH)

JESSE PHILLIPS,                      :

                    Defendant.     :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The remote sentencing hearing previously scheduled to be held on June 18, 2021, is hereby adjourned to July 28, 2021, at 2:30 p.m., which will be held in-person in Courtroom 14D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated:    June 17, 2021                        _____/s/_____
           New York, New York                ALVIN K. HELLERSTEIN
                                                      United States District Judge