UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
:
UNITED STATES OF AMERICA,   :   **SCHEDULING ORDER**
:
:   20 Cr. 345 (AKH)
-against-   :
:
:
JESSE PHILLIPS,   :
:
Defendant.   :
:
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing hearing previously scheduled to be held on October 15, 2021 at 10:30 a.m. is hereby adjourned to October 15, 2021, at 11:00 a.m., which will be held in-person in Courtroom 14D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated:    October 1, 2021               __/s/ Alvin K. Hellerstein____
           New York, New York        ALVIN K. HELLERSTEIN
                                             United States District Judge